# EXHIBIT N



**Jayashri Srikantiah**
Professor of Law
Director, Immigrants' Rights Clinic
**Immigrants' Rights Clinic**

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel   650 724.2442
Fax  650 723.4426
jsrikantiah@law.stanford.edu

September 7, 2016

**VIA ELECTRONIC MAIL**

ICE FOIA Office
E-Mail: ice-foia@dhs.gov

Re:   ICE FOIA Appeal No. 2016-ICAP-00555; FOIA Case No. 2016-ICFO-21111

Dear ICE FOIA Office:

We write regarding our FOIA appeal, submitted to your office on June 30, 2016. By a letter dated July 26, 2016 from Debbie Seguin, Chief of the Government Information Law Division, we were informed that our appeal was remanded "to ICE FOIA for processing and re-tasking" and that "ICE has determined that a new search(s) or modifications to the existing search(s), could be made." As over one month has passed since the date of that letter, we write to ask about the status of ICE's renewed search. We ask that ICE complete its new search as soon as possible.

We filed our FOIA request with ICE on February 16, 2016, on behalf of Asian Americans Advancing Justice-Asian Law Caucus. Since that date, we have received only portions of 81 pages, despite the fact that ICE likely possesses numerous additional records. For example, according to Privacy Impact Assessments for the eBONDS, BMIS, BMIS Web, EID, EARM, and ENFORCE databases—about which we requested records—ICE maintains information about *every one* of the thousands of noncitizens for whom ICE grants bond. *See generally* http://www.dhs.gov/privacy. ICE should maintain responsive records pertaining to the look-up tables, guidances, policies, manuals and other records relating to its use of these databases, in addition to the other information pertaining to the databases detailed in our FOIA request.

As over six months have now passed since our original FOIA request, we urge ICE to provide us with responsive records as soon as possible. The public has an urgent and ongoing need to know about ICE bond policies, which affect thousands of individuals and likely millions of dollars in bond amounts. The public has an interest in knowing, among other things, how much bond money has gone unclaimed and what happens to the unclaimed bond money.

//

//

//

//

Community Law  ♣  Criminal Defense  ♣  Environmental Law  ♣  Immigrants' Rights
International Human Rights and Conflict Resolution  ♣  Juelsgaard Intellectual Property and Innovation
Organizations and Transactions  ♣  Religious Liberty  ♣  Supreme Court Litigation  ♣  Youth and Education Law Project

ICE FOIA Office
September 7, 2016
Page 2

    Thank you for your prompt attention to this matter. Please contact me at 650 724 2442 or jsrikantiah@law.stanford.edu with your response to this inquiry.

Sincerely,

*[signature]*

Jayashri Srikantiah
Stanford Law School Immigrants' Rights Clinic
559 Nathan Abbott Way
Stanford, CA 94305

Holly Cooper
UC Davis Law School
One Shields Ave., Suite TB 30
Davis, CA 95616