# EXHIBIT O


Stanford Law School

### Fwd: ICE FOIA Appeal No. 2016-ICAP-00555; FOIA Case No. 2016-ICFO-21111

Wed, Sep 28, 2016 at 3:45 PM

---------- Forwarded message ----------
From: **ICE-FOIA** <ICE-FOIA@ice.dhs.gov>
Date: Thu, Sep 8, 2016 at 3:51 AM
Subject: RE: ICE FOIA Appeal No. 2016-ICAP-00555; FOIA Case No. 2016-ICFO-21111
To: Jayashri Srikantiah <jsrikantiah@law.stanford.edu>


Good afternoon,


Your Appeal has been tasked to the appropriate agencies within ICE to conduct searches for potentially responsive documents. We are currently waiting on a response form the agencies.


Sincerely,

ICE/FOIA




**From:** Jayashri Srikantiah [mailto:jsrikantiah@law.stanford.edu]
**Sent:** Wednesday, September 07, 2016 6:11 PM
**To:** ice-foia@dhs.gov
**Subject:** ICE FOIA Appeal No. 2016-ICAP-00555; FOIA Case No. 2016-ICFO-21111


Dear ICE FOIA Office:

Please find, attached, a letter inquiring about the status of ICE's response to our FOIA request.

We appreciate a prompt response as soon as possible.

Regards,

Jayashri Srikantiah


--

*Jayashri Srikantiah*
*Professor of Law and*
*Director, Immigrants' Rights Clinic*

Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305

phone: 650 724 2442
fax: 650 723 4426


--
*Jayashri Srikantiah*
*Professor of Law and*
*Director, Immigrants' Rights Clinic*

*Stanford Law School*
*559 Nathan Abbott Way*
*Stanford, CA 94305*
*phone:* 650 724 2442
*fax:* 650 723 4426